John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison Street, Suite 500
Portland, OR 97204
Telephone: (503) 233-3000
Fax: (503) 954-3321

    Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PETER S. KIEMELE, a single man,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign corporation organized under the laws of the State of Delaware,<br><br>    Defendant. | Civil Case No.<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**JURY TRIAL DEMANDED** |

TO: THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441, 1446 and 1332(2), Walmart, Inc. ("Defendant") removes this action from the Superior Court of the State of Washington for the County of Clark to the United States District Court for the Western District of Washington in Tacoma, Washington.

**RELEVANT FACTS**

On December 3, 2019, Plaintiff served Defendant with a Summons and Complaint captioned *Peter S. Kiemele v. Walmart, Inc.,* Case No. 19-2-03594-06, filed in the Superior Court for the State of Washington for the County of Clark. *See* Declaration of John R. Barhoum ("Barhoum Decl."), ¶2. Copies of the Summons and Complaint are attached hereto as Exhibits A

and B, respectively. *Id.* Defendant filed an answer to Plaintiff's complaint on January 14, 2020, attached hereto as Exhibit C. Defendants also served Plaintiff with a request for statement of damages and a first set of discovery requests on December 18 and 19, 2020, respectively, attached here to as Exhibits D and E, respectively. *Id.* The amount in controversy is in excess of $75,000. *See* Barhoum Decl., ¶5, Ex. F.

These documents, taken together, constitute all process, pleadings, and orders served on or by Defendant in that action up to the present date. *Id.*

## GROUNDS FOR REMOVAL

Pursuant to 28 U.S.C. § 1441(a), a defendant may remove an action filed in the state court to the United States District Court if the district court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). If the case started by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, a copy of an amended pleading, motion, order or other paper form which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446(b)(3).

Plaintiff's claims for relief against defendant exceed $75,000. Decl. of Barhoum, ¶ 5, Ex. F. That confirmation was within 30-days of filing Defendant's Notice of Removal. Additionally, Plaintiff and Defendant reside in different states. Upon information and belief, Plaintiff resides in Washington. Compl. ¶ 1.1. Defendant is a Delaware foreign business corporation registered in the State of Washington. Decl. of Barhoum, ¶ 6.

This is an action over which the United States District Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

## TIMELINESS AND PROCEDURE

This Notice of Removal was filed within thirty days after Defendant first ascertained that the case is one which has become removable. 28 U.S.C. § 1446(b)(3). Therefore, removal is timely.

No further proceedings have occurred in the Superior Court of the State of Washington for the County of Clark, other than those mentioned, as of the date of this removal other as outlined

NOTICE OF REMOVAL OF ACTION JURY TRIAL DEMANDED - 2   **CHOCK BARHOUM llp**
121 SW Morrison St., Suite 500
Portland, OR 97204
t: 503.223.3000 | f:503.954.3321

1 herein. *See* Decl. of Barhoum, ¶ 4.

2     Counsel for Defendant will file a copy of this Notice of Removal with the Clerk if the
3 Superior Court of the State of Washington for the County of Clark and will give notice of same to
4 Plaintiff as required by 28 U.S.C. § 1446(d).

5     WHEREFORE, Defendant prays that this action be removed from the Superior Court for
6 the County of Clark and placed on the docket of the United States District Court for the Western
7 District of Washington in the Tacoma Division.

8     DATED this 17th day of January, 2020.

9                     **CHOCK BARHOUM LLP**

10

11

12                     _____
                    John R. Barhoum, WSBA No. 42776
13                     Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF REMOVAL OF ACTION JURY TRIAL DEMANDED - 3  **CHOCK BARHOUM llp**
121 SW Morrison St., Suite 500
Portland, OR 97204
t: 503.223.3000 | f:503.954.3321

1  John R. Barhoum, WSBA No. 42776
   Email: john.barhoum@chockbarhoum.com
2  Chock Barhoum LLP
   121 SW Morrison Street, Suite 500
3  Portland, OR 97204
4  Telephone: (503) 233-3000
   Fax: (503) 954-3321
5       Attorneys for Defendant

6

7

8           IN THE UNITED STATES DISTRICT COURT

9              WESTERN DISTRICT OF WASHINGTON

10 PETER S. KIEMELE, a single man,
                                              Civil Case No.
11              Plaintiff,
                                              **CERTIFICATE OF SERVICE**
12      v.

13 WALMART INC., a foreign corporation
   organized under the laws of the State of
14 Delaware,

15              Defendant.

16

17
        I hereby certify that a true copy of the foregoing **NOTICE OF REMOVAL OF ACTION**
18
   **JURY TRIAL DEMANDED** was served on:
19
       Ryan P. Kurtz                          ☐ By hand delivery
20     Jackson, Jackson & Kurtz, Inc. P.S.    ☒ By first-class mail*
       704 East Main Street, Suite 102        ☐ By overnight mail
21     Battle Ground, WA 98604                ☐ By facsimile transmission
          *Attorneys for Plaintiff*              Fax #:
22                                            ☐ By e-mail:
                                                 ryankurtz@jjk-law.com
23

24
   ///
25
   ///
26
   ///
27

**CERTIFICATE OF SERVICE** - 1                           **CHOCK BARHOUM llp**
                                                         121 SW Morrison St., Suite 500
                                                         Portland, OR 97204
                                                         t: 503.223.3000 | f:503.954.3321

1 \ \ \ \ \ \ *With first-class postage prepaid and deposited in Portland, Oregon.

2 \ DATED this 17th day of January, 2020.

**CHOCK BARHOUM LLP**

_____
John R. Barhoum, WSBA No. 42776
Attorneys for Defendant

**CERTIFICATE OF SERVICE** - 2

**CHOCK BARHOUM llp**
121 SW Morrison St., Suite 500
Portland, OR 97204
t: 503.223.3000 | f:503.954.3321